EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiffs*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ST. PAUL FIRE AND MARINE INSURANCE
COMPANY a/s/o GPS FURNITURE
INTERNATIONAL, INC. and TJX
COMPANIES, INC.,

               Plaintiffs

   -  against -

COLUMBINE MAERSK, and the KIRSTEN
MAERSK, their engines, boilers, tackles,
appurtenances, etc.; AP MOLLER-MAERSK
A/S d/b/a MAERSK SEALAND; and
INSTRANSIT CONTAINER, INC.,

              Defendants.
------------------------------------------------------------X



**07 CIV 9815**

ECF CASE

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

SEE ATTACHED

Dated:    New York, New York
November 5, 2007

           McDERMOTT & RADZIK, LLP
           *Attorney for Plaintiffs*

BY: _____
     EDWARD C. RADZIK (ER-2473)
     Wall Street Plaza
     88 Pine Street
     New York, New York 10005-1801
     (212) 376-6400
     (File: 35-07-446 ECR)

- 3 -

## ST. PAUL GROUP

St. Paul Fir and Marine Insurance Company
St. Paul Mercury Insurance Company
St. Paul Guardian Insurance Company
The St. Paul Insurance
St. Paul (UK) Ltd.
St. Paul Fire and Marine Ins. Co. (UK) Ltd.
St. Katherine Insurance Company, Ltd.
Fountain Insurance Company, Ltd.
The St. Paul Insurance Company of Illinois
Seaboard Surety Company
Seaboard Surety Company of Canada
St. Paul Property and Casualty Ins. Co.
St. Paul Insurance Company of North Dakota
St. Paul Fire and Casualty Ins. Co.
St. Paul Indemnity Insurance Company
St. Paul Specialty Underwriting, Inc.
St. Paul Surplus Lines Insurance Company
Ramsey Insurance Company
Athena Insurance Company
St. Paul Lloyds

## GPS FURNITURE INTERNATIONAL

GPS Furniture International is a privately held company with no known parent or subsidiary companies.

## TJX COMPANIES, INC.

TJX Companies, Inc., is publicly traded under the stock symbol, "TJX". The following companies are wholly owned by TJX Companies, Inc.:

T.J. Maxx
Marshalls
HomeGoods
A.J. Wright
Bob's Stores
Winners
HomeSense
T.K. Maxx