EDWARD C. RADZIK (ER-2473)
McDERMOTT & RADZIK, LLP
*Attorneys for Plaintiff*
Wall Street Plaza
88 Pine Street – 21st Floor
New York, NY 10005-1801

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
BED, BATH & BEYOND, INC.,

        Plaintiff,

  - against -

M/V SEALAND DEVELOPER; M.V. MAREN MAERSK; M.V. SHENG DA; their engines, boilers, tackles, appurtenances, etc.; AP MOLLER-MAERSK A/S d/b/a MAERSK SEALAND; and INSTRANSIT CONTAINER, INC.,

        Defendants.
------------------------------------------------------X
BED, BATH & BEYOND, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY a/s/o GSP FURNITURE INTERNATIONAL, INC.:

        Plaintiff,
  - against -

M/V SEALAND DEVELOPER; M.V. MAREN MAERSK; M.V. SHENG DA; COLUMBINE MAERSK, their engines, boilers, tackles, appurtenances, etc.; AP MOLLER-MAERSK A/S d/b/a MAERSK SEALAND; and INSTRANSIT CONTAINER, INC.,

        Defendants.
------------------------------------------------------X

**RECEIVED**
JAN 14 2008
McDERMOTT & RADZIK LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

06 Civ. 8207 (RLC)

07 Civ. 9815 (RLC)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the above-entitled action has been settled and therefore, may be and is hereby discontinued, pursuant to Rule 41(a)(i)(ii) of the Federal Rules of Civil Procedure, with prejudice, without costs, and subject to the right, upon application made by any party within thirty (30) days of the entry of this Order, to reopen the action if the settlement is not fully consummated.

Dated:   New York, New York
         January 15, 2008

                              **McDERMOTT & RADZIK, LLP**
                              *Attorneys for Plaintiff*

By: _____
      EDWARD C. RADZIK (ER-2473)
      Wall Street Plaza - 88 Pine Street
      New York, NY 10005-1801
      (212) 376-6400

**BARRY N. GUTTERMAN & ASSOCIATES, P.C.**
*Attorneys for Defendants*

By: _____
      BARRY N. GUTTERMAN (BG-6410)
      60 E. 42nd Street – 46th Floor
      New York, NY 10165-0009
      (212) 983-1466

1/16/08

SO ORDERED:

_____
Honorable Robert L. Carter
United States District Judge

-2-